Chad Carlock – CSB #186184
LAW OFFICES OF CHAD CARLOCK
260 Russell Boulevard, Suite D
Davis, CA 95616
Phone (530) 750-3000
Fax (530) 750-3533
Email ccarlock@jps.net

Attorney for Plaintiff
LANA WILSON-COMBS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA WILSON-COMBS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS; RUSS HEIMERICH; STEVE DAKOTA; MILES BRISTOW; GLENN MASON; KEVIN FLANAGAN; DEBORAH WELLS; MELANIE BEDWELL; and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | No. 2:07-CV-02097-WBS-DAD<br><br>ORDER RE: SERVICE AND STATUS CONFERENCE |

　　　The parties to this action, through their respective attorneys of record, having stipulated, and good cause appearing therefore, IT IS HEREBY ORDERED:

　　　1.　　All Defendants, including the California Department of Consumer Affairs and all named individual Defendants, shall have until Monday, December 10, 2007 to file and serve a response to the Complaint.

　　　2.　　The Status (Pretrial Scheduling) Conference in this matter, currently set for Monday, December 3, 2007 at 2:00 p.m. in Courtroom #5 of the above-entitled Court, is hereby CONTINUED to

Monday, January 14, 2008 at 2:00 p.m. in Courtroom #5 of the above-entitled Court.  As previously ordered by the Court, the parties shall file a joint status report fourteen (14) calendar days prior to the re-scheduled hearing date, and shall confer on a proposed discovery plan at least twenty-one (21) calendar days prior to the re-scheduled hearing date.

    IT IS SO ORDERED.

Dated: October 17, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

###