Chad Carlock – CSB #186184
LAW OFFICES OF CHAD CARLOCK
260 Russell Boulevard, Suite D
Davis, CA 95616
Phone (530) 750-3000
Fax (530) 750-3533
Email ccarlock@jps.net

Attorney for Plaintiff
LANA WILSON-COMBS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA WILSON-COMBS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS; RUSS HEIMERICH; STEVE DAKOTA; MILES BRISTOW; GLENN MASON; KEVIN FLANAGAN; DEBORAH WELLS; MELANIE BEDWELL; and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | No. 2:07-CV-02097-WBS-DAD<br><br><br>REQUEST FOR DISMISSAL<br>AND ORDER THEREON |

　　　　Pursuant to a Settlement Agreement and Mutual Release between and amongst all parties to this action, Plaintiff hereby requests that this matter be dismissed, with prejudice, as to all parties and all causes of action. Pursuant to the terms of the agreement, all parties are to bear their own attorney's fees and costs.

///

Dated: September 5, 2008.

                                LAW OFFICES OF CHAD CARLOCK

                                By:   /s/  Chad Carlock
                                       Chad Carlock
                                       Attorney for Plaintiff Lana Wilson-Combs

Dated: September 5, 2008.

                                By:   /s/  Andrea R. Austin
                                       ANDREA R. AUSTIN
                                       Deputy Attorney General
                                       Attorney for Defendants

## **ORDER**

    It is so ordered.  This matter is hereby dismissed with prejudice as to all Defendants and all causes of action, with each party to bear its own attorney's fees and costs.

Dated:  September 8, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

###